# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JOHN DOE 1, AND JOHN DOE 2, ) ) ) | |
| Plaintiffs, ) ) | Case No: 7:22-cv-03576-DCC |
| vs. ) ) ) | STIPULATION OF DISMISSAL |
| COLLINS MURPHY, LIMESTONE UNIVERSITY, BRENDA F. WATKINS, SHARON HAMMONDS, and MG FREESITES, LTD. d/b/a PORNHUB.COM, ) ) ) ) ) ) | WITH PREJUDICE |
| Defendants. ) ) | |

PURSUANT TO RULE 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe 1, Jane Doe 2, John Doe 1, and John Doe 2, by and through their undersigned counsel, hereby stipulate to the dismissal of this action **with prejudice**. Each party agrees to bear its own costs, expenses and attorneys' fees. This Stipulation shall end the case.

IT IS SO STIPULATED.

**WESLEY D. FEW, LLC**

/s/ Wesley D. Few_____
Wesley D. Few, S.C. Fed. Id. 07371
P.O. Box 9398
Greenville, South Carolina 29604
(864) 527-5906 | wes@wesleyfew.com

COUNSEL TO PLAINTIFFS

WE CONSENT:

        **RAHIMI, HUGHES & PADGETT, LLC**

        /s/ JOSEPH Y. RAHIMI II
        JOSEPH Y. RAHIMI II
        Federal ID No. 9670
        JOHN A. HUBERT
        Federal ID No. 13154
        1004 Memorial Lane, Suite 300
        Savannah, Georgia 31410
        (912) 421-9988
        jrahimi@rhp-law.com
        jhubert@rhp-law.com

        ATTORNEYS FOR DEFENDANTS
        LIMESTONE, WATKINS, and
        HAMMONDS